FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 13 2006

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
SHAWN N. ANDERSON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509)  454-4425

CR-06-6026-RHW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JOSE TRINIDAD-LARA,<br>  also known as<br>JOSE LARA-GARCIA,<br><br>             Defendant. | **INDICTMENT**<br><br>Vio: 8 U.S.C. § 1326<br>Alien in United States<br>After Deportation |

The Grand Jury charges:

That on or about June 9, 2006, JOSE TRINIDAD-LARA, also known as JOSE LARA-GARCIA, a citizen and National of Mexico, who had theretofore on or about September 3, 1999, been denied admission, excluded, deported and removed from the United States at El Paso, Texas, was found in Franklin County, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General and the Secretary of the Department of Homeland

Indictment - 1

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326; Title 6, United States Code Sections 101, 202(3) & (4), 402, and 557.

DATED: June 13, 2006.

A TRUE BILL

—

JAMES A. McDEVITT
United States Attorney

*[signature]*

DONALD E. KRESSE, JR.
Supervisory Assistant United States Attorney

*[signature]*

SHAWN N. ANDERSON
Assistant United States Attorney

Indictment - 2